**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN FOR THE DISTRICT OF NORTH CAROLINA**
**WILSON DIVISION**

| | | |
|---|---|---|
| IN RE: MICHAEL KIN LAM, SR. and | : | |
| JENNIFER J. LAM a/k/a | : | CHAPTER 7 |
| JUN JIANG, | : | |
| | : | |
| DEBTORS. | : | CASE NO. 08-00856-8-JLR |
| _____ | :_____ | |
| AMERICAN EXPRESS BANK, FSB, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | ADVERSARY NO. |
| vs. | : | |
| | : | |
| MICHAEL K. LAM a/k/a | : | |
| MICHAEL KIN LAM, SR., | : | |
| | : | |
| DEFENDANT. | : | |
| _____ | : | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED.R.BANK.P. 7007.1**

American Express Bank, FSB, a federal savings bank, is a wholly owned subsidiary of American Express Travel Related Services Company, Inc., a New York corporation which is wholly owned by American Express Company, a New York corporation which is publicly owned and traded.

          Respectfully submitted,

          MORRISON LAW FIRM, P.L.L.C.
          Attorney for American Express Bank, FSB
          P.O. Box 2046
          Wilson, NC  27894-2046
          Telephone: (252) 243-1003
          Facsimile: (252) 243-1004

By:  s/_____
       B. Perry Morrison, Esquire
       Bar #16376

Dated: 5/12/08